DC 11
Rev. 7/82

CASE NUMBER: MC105-10

CASE TITLE: Rentrak Corporation
v.
Gregory Collier

## WRIT OF EXECUTION

**United States District Court**

DISTRICT: THE SOUTHERN DISTRICT OF GEORGIA

TO THE MARSHALL OF: THE SOUTHERN DISTRICT OF GEORGIA

YOU ARE HEREBY COMMANDED, that of the goods and chattels, lands and tenements in your district belonging to:

NAME: Gregory Collier

you cause to be made and levied as well a certain debt of: **THE PRINCIPAL SUM OF FORTY-FIVE THOUSAND DOLLARS AND NO CENTS (45,000.00) WITH INTEREST AT THE LEGAL RATE OF 12% PER ANNUM FROM MAY 5, 2003 UNTIL PAID IN FULL.**

in the United States District Court for the **Southern** District of **Georgia**.
Before the Judge of the said Court by the consideration of the same Judge lately recovered against the said,

and also the costs that may accrue under this writ.
And that you have above listed moneys at the place and date listed below; and that you bring this writ with you.

PLACE: United State Courthouse, 500 East Ford Street
DISTRICT: Southern District of Georgia
CITY: Augusta, GA 30901
DATE: May 6, 2006

Witness the Honorable **Dudley H. Bowen, Jr.**
(United States Judge)

DATE: March 22, 2006

CLERK OF COURT: Scott L. Poff
(BY) DEPUTY CLERK: [signature] Tara H. Burton

ATTEST: A TRUE COPY
March 22, 2006
[signature] Tara H. Burton
Deputy Clerk

### RETURN

DATE RECEIVED:
DATE OF EXECUTION OF WRIT:

This writ was received and executed.

U.S. MARSHALL:
(BY) DEPUTY MARSHALL:

GAS Rev 2/02

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF GEORGIA

_____Augusta_____ DIVISION

CIVIL ACTION NO. __MC105-10__

WRIT OF EXECUTION
(FIERI FACIAS)

REQUESTED BY:

NAME: Mark L. Wilhelmi

FIRM NAME: Wilhelmi Haynes,

ADDRESS: 237 Davis Road

Augusta, GA  30907-2471

(706) 868-9646